UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL R. ITZEP ORDONEZ,<br><br>                              Petitioner,<br><br>                -v.-<br><br>TODD LYONS; HAYNES, *Warden of Detention Facility*; MARCOS CHARLES; WILLIAM P. JOYCE; RODNEY S. SCOTT; SECRETARY KRISTI NOEM; PAMELA BONDI; DONALD J. TRUMP,<br><br>                              Respondents. | 25 Civ. 10595 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 20, 2025, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition"). (*Itzep Ordonez* Dkt. #1). On December 22, 2025, the Court issued an Order that, among other things, directed Respondents to file a letter on or before December 23, 2025, providing various information, including whether this case is distinguishable from earlier cases this Court has decided. (*See Itzep Ordonez* Dkt. #3). The Government timely filed that letter. (*See Itzep Ordonez* Dkt. #5-6).

The Court appreciates the Government's prompt and thorough response. The Government concedes that cases this Court has already decided, including *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF), "would control the result in this case." (*See Itzep Ordonez* Dkt. #6 at 4). In *Ortiz-Lopez*, this Court granted Mr. Ortiz-Lopez's petition for a writ of habeas corpus. (*See Ortiz-Lopez* Dkt. #13). As such, Mr. Itzep Ordonez's Petition in this action is GRANTED for the

reasons set forth on the record in the October 22, 2025 conference in *Ortiz-Lopez*. (*See Ortiz-Lopez* Dkt. #15).

Respondents are ORDERED to, with the help of United States Immigration and Customs Enforcement, transport Petitioners back to the Southern District of New York by **December 26, 2025**, and immediately upon effectuating his transfer, to release Petitioners from custody. *See Lopez Benitez* v. *Francis*, — F. Supp. 3d —, No. 25 Civ. 5937 (DEH), 2025 WL 2371588, at *15 (S.D.N.Y. Aug. 13, 2025). Respondents may impose only the restraints on Petitioners' liberty that existed prior to their re-detention on November 12, 2025. Respondents are further ORDERED to certify compliance with this ORDER no later than **5:00 p.m.** on **December 29, 2025**. *See id.*; *Tuma Huamani* v. *Francis*, No. 25 Civ. 8110 (LJL), 2025 WL 3079014, at *9 (S.D.N.Y. Nov. 4, 2025).

Respondents are ENJOINED from re-detaining Petitioner without a valid exercise of discretion under 8 U.S.C. § 1226(a). Respondents are further ENJOINED, absent an additional Court Order, from denying bond to Petitioner in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b). It is further ORDERED that if Petitioner is granted bond, Respondents are ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). *See Rueda Torres* v. *Francis*, No. 25 Civ. 8408 (DEH), 2025 WL 3168759, at *6 (S.D.N.Y. Nov. 13, 2025).ss

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  December 24, 2025
        New York, New York

                                       KATHERINE POLK FAILLA
                                       United States District Judge